1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 08 MJ 0385 KJM |
|---|---|---|
| | ) | 08-SW 0468 KJM |
| Plaintiff, | ) | |
| | ) | APPLICATION FOR UNSEALING |
| | ) | ORDER; AND ORDER |
| v. | ) | |
| JUN LAST NAME UNKNOWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case. Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008          McGREGOR W. SCOTT
                                  United States Attorney


                                  By /s/ Robin R. Taylor
                                    ROBIN R. TAYLOR
                                    Assistant U.S. Attorney

1

1  Application for Unsealing Order & Order
   Page 2
2
3                          **ORDER**

SO ORDERED:
4
DATED: October 29, 2008
5                                  _____
                                   HON. KIMBERLY MUELLER
6                                  United States Magistrate

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28